NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM RAY McNEAL, JR.,                )
DOC #274245,                            )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D18-3061
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____  )

Opinion filed June 21, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

William Ray McNeal, Jr., pro se.


PER CURIAM.


            Affirmed.


CASANUEVA, KELLY, and SMITH, JJ., Concur.